No. 599, Misc.   TAYLOR *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 600, Misc.   HICKS *v.* ILLINOIS STATE AUTHORITIES ET AL.   Supreme Court of Illinois.   Certiorari denied.

No. 601, Misc.   JACKSON *v.* RAGEN, WARDEN.   Supreme Court of Illinois.   Certiorari denied.

No. 603, Misc.   PIKES *v.* MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.

No. 604, Misc.   FURMANSKI *v.* MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.

No. 605, Misc.   DUNBAR *v.* CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.   Supreme Court of Washington.   Certiorari denied.

No. 287.   ALASKA STEAMSHIP CO., INC. *v.* PETTERSON, *ante,* p. 396;
No. 557.   LINEHAN ET AL. *v.* WATERFRONT COMMISSION OF NEW YORK HARBOR ET AL., *ante,* p. 439;
No. 558.   STATEN ISLAND LOADERS, INC. ET AL. *v.* WATERFRONT COMMISSION OF NEW YORK HARBOR ET AL., *ante,* p. 439; and
No. 592.   WITTE *v.* NEW JERSEY, *ante,* p. 951.   Petitions for rehearing denied.

JUNE 7, 1954.

No. 706.   HAYES FREIGHT LINES, INC. *v.* CASTLE, ATTORNEY GENERAL, ET AL.   *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a